UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROSALIND M. CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV2338 TIA |
| | ) | |
| DAVID S. FERRIERO, Archivist of the | ) | |
| United States, National Archives and | ) | |
| Records Administration, | ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Rosalind Cross' "Motion for Leave to File Plaintiff's Reply to Defendant's Opposition and Request for a Denial to Defendant's Memorandum of Law in Support of His Motion to Dismiss, or Alternatively, for Summary Judgment Out of Time," (ECF No. 46), which is, in essence, a request for leave to file a third sur-reply brief. In the interest of justice, the Court will grant the motion and permit Plaintiff to file her brief.

However, upon review of the file the Court finds that each party has well and thoroughly briefed the issues raised by their cross motions for summary judgment (ECF Nos. 26 and 29) and that no further briefing of these issues is necessary. Therefore, from this point forward, the Court directs the parties to refrain from filing additional briefs with respect to these motions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Leave to File Plaintiff's Reply to Defendant's Opposition and Request for a Denial to Defendant's Memorandum of Law in Support of His Motion to Dismiss, or Alternatively, for Summary Judgment Out of Time is **GRANTED**. (ECF No. 46). The Clerk of the Court is directed to detach ECF No. 46-1 from plaintiff's motion

and file it separately herein.

**IT IS FURTHER ORDERED** that no further briefing of the pending cross motions for summary judgment, (ECF Nos. 26 and 29), shall be permitted.

Dated this 4th Day of May, 2015.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE